FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD HARWOOD,<br><br>                Plaintiff,<br><br>    v.<br><br>TRAVIS HOWARD,<br><br>                Defendants. | No. 2:16-CV-0082-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 6, 2017, the Court ordered Plaintiff to show cause why the above captioned action should not be dismissed without prejudice for failure to prosecute no later than July 6, 2017. ECF No. 7. That date has come and gone and Plaintiff has not responded to the Court's order. Pursuant to Federal Rule of Civil Procedure 41(b), **IT IS HEREBY ORDERED:**

    **1.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **2.** All pending motions are **DENIED AS MOOT.**

    **3.** All hearings and other deadlines are **STRICKEN.**

    **4.** The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 2nd day of August 2017.

*[signature]*
SALVADOR MENDOZA, JR.
United States District Judge